**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY LANCELIN SMITH,<br><br>　　　　　　　　Petitioner,<br>　vs.<br>A. HEDGPETH, Warden (KVSP-Delano II); EDMUND G. BROWN, Attorney General of State of CA,<br><br>　　　　　　　　Respondents. | CASE NO. 07-CV-1339 H (PCL)<br><br>**ORDER REGARDING PETITIONER'S LETTER** |

On January 8, 2009, Petitioner submitted a letter requesting information on what action he should take in light of the Magistrate Judge's report and recommendation. (Doc. No. 31.) Objections to the report and recommendation were due August 13, 2008. (Doc. No. 30.) The Court grants Petitioner an extension of time in which to file any objection. Petitioner's objection to the Magistrate Judge's report and recommendation is due no later than **February 18, 2009**. The Court declines any further extensions after February 18, 2009.

IT IS SO ORDERED.

DATED: January 20, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT